UNITED STATES DISTRICT COUR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-61329-CIV-ALTONAGA/Brown

ROLLS-ROYCE COMMERCIAL
MARINE, INC., *et al.*,

        Plaintiffs,

v.

NEW HAMPSHIRE INSURANCE
CO./AIG EUROPE (UK) LTD., *et al.*,

        Defendants.

_____/

## AGREED MOTION FOR A TWO-MONTH STAY OF THE CASE

Plaintiffs, Rolls-Royce Commercial Marine, Inc., Rolls-Royce plc, Rolls-Royce AB, and Rolls-Royce North American Holdings, Inc. (collectively "Rolls-Royce Plaintiffs"), by and through undersigned counsel, respectfully request that the Court stay this action for two months, that is, until November 2, 2009. In support thereof, the Rolls-Royce Plaintiffs state as follows:

1.    The parties agree that the short, requested stay is appropriate in this case. In fact, the Rolls-Royce Plaintiffs and the Defendants who have been served and appeared in this action, entered into a written Tolling Agreement for this purpose.

2.    This Motion is made in good faith and not for the purposes of delay. In particular, the Rolls-Royce Plaintiffs filed this action on April 8, 2009 in state court in Broward County, Florida. This action was removed to this Court just last week on September 28, 2009, and the case is not at issue or set for trial.

*Rolls-Royce Commercial Marine, Inc. v. New Hampshire Insurance Co., et al.*
*Case No.: 09-61329-CIV-ALTONAGA/Brown*

3. After the Rolls-Royce Plaintiffs filed this case in state court, some of the Defendants filed an action against the Rolls-Royce Plaintiffs in London, England.

4. In the interests of judicial economy, the Rolls-Royce Plaintiffs and all Defendants entered into the Tolling Agreement. In particular, the parties have agreed to a brief, simultaneous stay of both actions, *i.e.*, this case and the action in London. During the stay, among other things, the parties will continue their settlement discussions.

5. The parties do not anticipate that they will request that the stay be extended beyond November 2, 2009.

6. This Court has broad discretion to grant the requested stay of these proceedings. *See, e.g., Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."); *Advanced Bodycare Solutions, LLC v. Thione Intern., Inc.*, 524 F.3d 1235, 1241 (11th Cir. 2008) ("district courts have inherent, discretionary authority to issue stays in many circumstances").

WHEREFORE the Rolls-Royce Plaintiffs respectfully request that the Court enter an order staying this case until November 2, 2009.

Dated: September 3, 2009

Respectfully Submitted,

Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard
Suite 1300
Miami, Florida 33131
Tel: (305) 371-6421
Fax: (305) 371-6322

By: ___s/ *Larry A. Stumpf*___
Larry A. Stumpf, Esq.

*Rolls-Royce Commercial Marine, Inc. v. New Hampshire Insurance Co., et al.*
*Case No.: 09-61329-CIV-ALTONAGA/Brown*

                    Florida Bar No. 280526
                    Roy Black, Esq.
                    Florida Bar No. 126088
                    Jared Lopez, Esq.
                    Florida Bar No. 103616

            *Counsel for the Rolls-Royce Plaintiffs*

*Rolls-Royce Commercial Marine, Inc. v. New Hampshire Insurance Co., et al.*
*Case No.: 09-61329-CIV-ALTONAGA/Brown*

UNITED STATES DISTRICT COUR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-61329-CIV-ALTONAGA/Brown

ROLLS-ROYCE COMMERCIAL
MARINE, INC., *et al.*,

       Plaintiffs,
v.

NEW HAMPSHIRE INSURANCE
CO./AIG EUROPE (UK) LTD., *et al.*,

       Defendants.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

       By: ___s/ *Larry A. Stumpf*___
            Larry A. Stumpf, Esq.

*Rolls-Royce Commercial Marine, Inc. v. New Hampshire Insurance Co., et al.*
*Case No.: 09-61329-CIV-ALTONAGA/Brown*

## SERVIST LIST

**Rolls-Royce Commercial Marine, Inc., et al. v. New Hampshire Insurance Co., et al.**
**Case No.: 09-61329-CIV-ALTONAGA/Brown**
**United States District Court, Southern District of Florida**

| Peter Kramer, Esq.<br>C. Ryan Reetz, Esq.<br>Squire, Sanders, & Dempsey, L.L.P.<br>200 South Biscayne Blvd.<br>Suite 4100<br>Miami, Florida 33131<br>Tel.: (305) 577-7000<br>Fax: (305) 577-7001<br>Attorneys for Defendants/Petitioners<br>Royal & Sun Alliance Insurance plc, et al.<br>[Service via CM/ECF] | Joel Adler, Esq.<br>Rosemary Wilder, Esq.<br>Marlow, Connell, Abrams, Adler, Newman & Lewis<br>4000 Ponce de Leon Boulevard<br>Suite 570<br>Coral Gables, Florida 33146<br>Tel.: (305)446-0500<br>Fax: (305) 446-3667<br>Attorneys for Defendants/Petitioners<br>New Hampshire Insurance Co., et al.<br>[Service via CM/ECF] |
|---|---|

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard • Suite 1300 • Miami, Florida 33131 • Phone: 305-371-6421 • Fax: 305-371-6322 • www.RoyBlack.com