UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61329-CIV-ALTONAGA/Brown

**ROLLS-ROYCE COMMERCIAL
MARINE, INC.**, *et al.*,

     Plaintiffs,
vs.

**NEW HAMPSHIRE INSURANCE
CO./AIG EUROPE (UK) LTD.**, *et al.*,

     Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court for a hearing on March 23, 2011 on the Plaintiffs' Motion to Bifurcate the Issue of Entitlement to Attorney's Fees and Costs from Amount of Award (the "Motion") [ECF No. 119]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 119]** is **GRANTED**.

2. Defendants shall file a motion regarding their entitlement to attorney's fees **no later than March 24, 2011**.

3. Plaintiffs shall respond within the time permitted by the Federal Rules of Civil Procedure. No extensions of time shall be given.

Case No. 09-61329-CIV-ALTONAGA/Brown

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of March, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record